## JIM SEATS V. THE STATE.

No. 3317.  Decided November 11, 1914.

*Assault to Murder—Statement of Facts—Bills of Exception—Charge of Court.*

   In the absence of a statement of facts and exceptions to the charge of the court before it was read to the jury, the question of the insufficiency of the evidence and the refusal of the court to give certain instructions can not be considered on appeal.

   Appeal from the Criminal District Court of Dallas.  Tried below before the Hon. R. B. Seay.
   Appeal from a conviction of assault to murder; penalty, two years imprisonment in the penitentiary.
   The opinion states the case.

No brief on file for appellant.

*C. E. Lane,* Assistant Attorney General, for the State.

   DAVIDSON, JUDGE.—This is a conviction for assault to murder, the

punishment being assessed at two years imprisonment in the penitentiary.

The record is before us without a bill of exceptions or a statement of facts.

The motion for new trial is based upon the insufficiency of the evidence and refusal to give certain instructions, and errors in the charge. There was no exception reserved to the charge before it was read to the jury, and, in fact, no exception was reserved. The evidence not being before us the other matters can not be considered.

The judgment is affirmed.

*Affirmed.*